# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REED BENNETT, AS NEXT FRIEND
AND ON BEHALF OF TWO MINOR
CHILDREN, KIRALY KAISER AND
AYANNA KAISER

NO.   2021 CW 1447

**FEBRUARY 14, 2022**

In Re:   Reed Bennett, as Next Friend of the Minor Children, Kiraly Kaiser and Ayanna Kaiser, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 170318.

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

   **WRIT GRANTED WITH ORDER.** The district court's October 26, 2021 judgment, denying and dismissing plaintiff/relator, Reed Bennett's, Petition for Appointment of Tutor, is a final, appealable judgment. See La. Code Civ. P. arts. 1841 & 2083. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff pursuant to his timely notice of intent to apply for supervisory writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam).  In the event plaintiff seeks to appeal the district court's judgment, he shall submit a new order for appeal to the district court within thirty days of this order.  Additionally, a copy of this court's order is to be included in the appellate record.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT